UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 21-20148-CV-GRAHAM/MCALILEY

JOSEPH P. HENRY,

    Plaintiff,

vs.

CELEBRITY CRUISES, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Plaintiff, Joseph Henry, filed a Bill of Costs (ECF No. 156) and memorandum of law in support (ECF No. 156-1).

**THIS MATTER** was referred to the Honorable United States Magistrate Judge Chris McAliley for a report and recommendation. (ECF No. 15).

Plaintiff filed this action in January 2021, seeking to recover damages for injuries he sustained from a slip-and-fall while aboard one of Defendant's cruise ships. (ECF No. 1). On February 4, 2022, a jury returned a verdict finding both parties negligent, assessing 35% negligence to defendant and 65% to plaintiff, and awarding $150,000 in total compensatory damages, which, once reduced by 65% to account for Plaintiff's comparative negligence, amounts to $52,500.00. (ECF No. 136). In his Bill of Costs, Plaintiff seeks a total of $57,414.17 in costs. Defendant objects to the relief sought. (ECF No. 157).

Magistrate Judge McAliley issued a Report (ECF No. 161) recommending that Plaintiff's Bill of Costs (ECF No. 156), be GRANTED IN PART and that Plaintiff be awarded $4,729.53 in

reasonable costs.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that the United States Magistrate Judge's Report (ECF No. 161) is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Bill of Costs (ECF No. 156) is **GRANTED IN PART**. Plaintiff is awarded $4,729.53 in reasonable costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of December 2022.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge McAliley
      All Counsel of Record